# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-3-H-CCL |
| Plaintiff, | |
| vs. | Order |
| K. JEFFERY KNAPP, | |
| Defendant. | |

The Court will meet briefly with counsel on Tuesday, October 22, 2019, at 9:00 a.m. by way of final preparation for this jury trial.

Dated this 21st day of October, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

Page 1 of 1