IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

K. JEFFERY KNAPP,

Defendant.

CAUSE NO.: CR-19-3-H-CCL

ORDER

IT IS ORDERED that meals and/or lodging be provided for the jurors in

the above-entitled matter.

DATED this 22 day of October 22, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE