IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR-19-3-H-CCL-01 |
| | ) | |
| VS. | ) | PETITION TO OPEN JUVENILE RECORDS |
| | ) | |
| Jeffrey Kenneth Knapp | ) | |
| | ) | |

DOB: , 1977
SSN: 2058

Whereas the above-named defendant was found guilty by a jury trial of the offense of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), in United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, Courts, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Preston Tescher
U. S. Probation Officer

12-17-19
Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this _17th_ day of _December_, the release of pertinent juvenile records held by any law enforcement agency, Courts, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Charles C. Lovell
United States District Judge