IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 19-3-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| K. JEFFERY KNAPP, | |
| Defendant. | |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 94). Defendant does not oppose the motion. Defendant's conviction by a unanimous jury of being a prohibited person in possession of a firearm and ammunition and the parties' stipulation to the preliminary forfeiture of eleven firearms and various rounds of ammunition provides the necessary factual basis for a preliminary order of forfeiture. Accordingly,

IT IS HEREBY ORDERED that the government's motion for preliminary order of forfeiture (Doc. 94) is GRANTED.

IT IS FURTHER ORDERED that Defendant Knapp's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 881(a)(11):

Sauer, Model 90, .270 caliber rifle, S/N: K7701;

Sako, Model L61R, 25-05 caliber rifle, S/N: 1523595;

Remington Arms Company, Model 1100LT20, 20-gauge shotgun, S/N: N572363K;

Browning, Model Citori, 12-gauge shotgun, S/N: 72295PN103;

Weatherby, Model Vanguard, .270 caliber rifle, S/N: VS156934;

Winchester, Model 1300 Defender, 12-gauge shotgun, S/N: L2934345;

Browning, Model A-Bolt, .22 caliber rifle, S/N: 01253PR136;

Remington Arms Company, Model 1100 Trap T, 12-gague shotgun, S/N: N335276V;

Browning, Model Challenger III, .22 caliber pistol, S/N: 655PW30244;

Colt, Model Python, .357 caliber pistol, S/N: V24015; and,

Various rounds of various calibers of ammunition.

The United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law and to maintain the seized property in the same condition in which it was seized until the Court issues a final order of forfeiture.

The United States is directed to provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and,

The Court will enter a Final Order of Forfeiture upon adjudication of all third-party interests, if any, and the issue of a Final Mandate from the Ninth Circuit Court of Appeals affirming the verdict and sentence or upon subsequent denial of certiorari from the United States Supreme Court, if any.

DATED this 8th day of January, 2020.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE