IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>K. JEFFREY KNAPP,<br><br>Defendant. | CR-19-3-H-CCL<br><br><br><br>Order |

On May 15, 2020, Defendant filed a motion for release pending appeal. (Doc. 114). Defendant attached a letter from his doctor to the motion as Ex. B. (Doc. 114-2). On May 18, 2020, Defendant filed a notice of filing an additional exhibit (Exhibit C) in support of his motion for release. Exhibit C is a letter from Defendant's psychiatrist. (Doc. 116-1). Shortly before 5:30 p.m. on May 18, 2020, Defendant filed a motion to seal Exhibits B and C on the grounds that both contain confidential information, specifically Defendant's date of birth.

Defense counsel was apparently unable to reach government counsel to obtain his position regarding the motion prior to filing. Given that Defendant's

date of birth constitutes confidential information not normally included in public filings, the Court is confident that government counsel would not object to the motion to seal. At any rate, the Court may rule on a motion for leave to seal without awaiting a response. L.R. 5.2(g)(1). Accordingly,

IT IS HEREBY ORDERED that Defendant Knapp's motion to seal exhibits (Doc. 117) is GRANTED. The Clerk of Court is directed to seal Doc. 114-2 and 116-1. Defendant is directed to file redacted versions of both documents in the public record.

Dated this 19th day of May, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE