UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| v. | Cause No. 6:19-CR-00003-H-BMM |
| K. JEFFERY KNAPP, | |
| DEFENDANT | |

## MOTION FOR PRE-APPROVAL OF SUBMITTED RELEASE PLAN

Defendant, K. Jeffery Knapp (Mr. Knapp), pro se, respectfully moves this Honorable Court for the Pre-Approval of his Submitted Release Plan. Mr. Knapp asks the Court to direct the United States Probation Office to investigate and determine the feasability of the housing arrangements Mr. Knapp has submitted in his Motion For Reduction In Sentence while the Court considers the merit of such motion. In support of this request, Mr. Knapp states:

(1) Mr. Knapp has moved this Court for a Reduction In Sentence pursuant to 18 U.S.C. §3582(c)(1)(A).
(2) Mr. Knapp argues that his situation rises to the level of

urgency to necessitate the utilization of the word "EMERGENCY" in the title of the motion.

(3) If this Court should agree with Mr. Knapp's argument and grant an immediate release, the United States Probation Office would likely need to conduct an assessment prior to Mr. Knapp's release.

(4) Such a delay could pose a significant risk of harm to Mr. Knapp's health and safety.

(5) Probation would, as a matter of regular policy, if they have not already done so, conduct the same review in preperation for Mr. Knapp's upcoming Projected Release Date.

(6) Mr. Knapp submits two points of contact for the purposes of a residence:
  Paul Trombetta: (406) 443-3631
  Sandrine Boulicaut: (406) 570-7088

Therefore, Mr. Knapp prays this Honorable Court will direct the Probation Office to review his release plan and residency, and report their findings to the Court while the Motion For Reduction In Sentence is under review.

Respectfully Submitted this 23rd day of March, 2023.

K. Jeffery Knapp #17578-046
Federal Correctional Institution-2
FCC Butner
P.O. Box 1500
Butner, NC 27509