IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-03-H-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| K. JEFFREY KNAPP, | |
| Defendant. | |

## I. Synopsis

Defendant K. Jeffrey Knapp (Knapp) has been accused of violating the conditions of his supervised release. Knapp admitted alleged violation 1. Knapp denied alleged violation 2. The Court dismissed alleged violation 2 on the government's motion. Knapp's supervised release should be revoked. Knapp should be placed in custody until December 28, 2023, with 35 months of supervised release to follow. Defendant should be transported to Connections Corrections's inpatient drug treatment facility on December 28, 2023. Defendant should serve the first 60 days of supervised release at Connection Corrections.

## II. Status

Knapp was found guilty of being a Prohibited Person in Possession of a

Firearm on October 23, 2019, following a jury trial. (Doc. 76). Senior United States District Judge Charles C. Lovell sentenced Knapp to 63 months of custody, followed by 3 years of supervised release. (Doc. 124). The Court reduced Knapp's sentence on November 28, 2023, to a custodial sentence of time served, followed by 3 years of supervised release. (Doc. 176). Knapp's current term of supervised release began on November 28, 2023. (Doc. 177 at 1).

**Petition**

The United States Probation Office filed a Petition on December 5, 2023, requesting that the Court revoke Knapp's supervised release. (Doc. 177). The Petition alleged that Knapp had violated the conditions of his supervised release: 1) by consuming alcohol; and 2) by entering a casino.

**Initial appearance**

Knapp appeared before the undersigned for his initial appearance on December 11, 2023. Knapp was represented by counsel. Knapp stated that he had read the petition and that he understood the allegations. Knapp waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

2

**Revocation hearing**

The Court conducted a revocation hearing on December 22, 2023. Knapp admitted that he had violated the conditions of his supervised release by consuming alcohol. The Court dismissed alleged violation 2 on the government's motion. The violation that Knapp admitted is serious and warrants revocation of Knapp's supervised release.

Knapp's violation is a Grade C violation. Knapp's criminal history category is I. Knapp's underlying offense is a Class C felony. Knapp could be incarcerated for up to 24 months. Knapp could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Knapp's supervised release should be revoked. Knapp should be incarcerated until December 28, 2023, with 35 months of supervised release to follow. Defendant should be transported to Connections Corrections's inpatient drug treatment facility on December 28, 2023. Defendant should serve the first 60 days of supervised release at Connection Corrections. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Knapp that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Knapp of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Knapp that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That K. Jeffrey Knapp violated the conditions of his supervised release by consuming alcohol.

The Court **RECOMMENDS:**

> That the District Court revoke Knapp's supervised release and commit Knapp to the custody of the United States Bureau of Prisons until December 28, 2023, with 35 months of supervised release to follow. Defendant should be transported to Connections Corrections's inpatient drug treatment facility on December 28, 2023. Defendant should serve the first 60 days of supervised release at Connection Corrections.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will

4

make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 22nd day of December, 2023.

John Johnston
United States Magistrate Judge