IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>K. JEFFREY KNAPP,<br><br>Defendant. | CR 19-03-H-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant K. Jeffrey Knapp (Knapp) has been accused of violating the conditions of his supervised release. Knapp admitted the alleged violation. Knapp's supervised release should be revoked. Knapp should be placed in custody until 7:30 p.m. on May 6, 2024, with 32 months of supervised release to follow. Knapp should serve the first 60 days of his supervised release at Connection Corrections in Butte, Montana.

## II. Status

Knapp was found guilty of being a Prohibited Person in Possession of a Firearm on October 23, 2019, following a jury trial. (Doc. 76). Senior United States District Judge Charles C. Lovell sentenced Knapp to 63 months of custody,

followed by 3 years of supervised release. (Doc. 124). The Court reduced Knapp's sentence on November 28, 2023, to a custodial sentence of time served, followed by 3 years of supervised release. (Doc. 176). Knapp's current term of supervised release began on November 28, 2023. (Doc. 193 at 2).

### Petition

The United States Probation Office filed a Petition on February 5, 2024, requesting that the Court revoke Knapp's supervised release. (Doc. 193). The Petition alleged that Knapp had violated the conditions of his supervised release by failing to complete his 60-day term at Connections Corrections.

### Initial appearance

Knapp appeared before United States Magistrate Judge Kathleen L. DeSoto for his initial appearance on February 6, 2024. Knapp was represented by counsel. Knapp stated that he had read the petition and that he understood the allegations. Knapp waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on March 26, 2024. Knapp admitted that he had violated the conditions of his supervised release by failing to complete his 60-day term at Connections Corrections. The violation is serious and

warrants revocation of Knapp's supervised release.

Knapp's violation is a Grade C violation. Knapp's criminal history category is I. Knapp's underlying offense is a Class C felony. Knapp could be incarcerated for up to 24 months. Knapp could be ordered to remain on supervised release for up to 35 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Knapp's supervised release should be revoked. Knapp should be placed in custody until 7:30 p.m. on May 6, 2024, with 32 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Knapp should serve the first 60 days of his supervised release at Connection Corrections in Butte, Montana.

### IV. Conclusion

The Court informed Knapp that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Knapp of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Knapp that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That K. Jeffrey Knapp violated the conditions of his supervised release by failing to complete his 60-day term at Connections Corrections.

The Court **RECOMMENDS:**

That the District Court revoke Knapp's supervised release and commit Knapp to the custody of the United States Bureau of Prisons until 7:30 p.m. on May 6, 2024, with 32 months of supervised release to follow. Knapp should serve the first 60 days of his supervised release at Connection Corrections in Butte, Montana.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 27th day of March, 2024.

_____
John Johnston
United States Magistrate Judge