IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>K. JEFFERY KNAPP,<br><br>　　　　　　Defendant. | CR-19-03-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

　　　United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 27, 2024. (Doc. 209.)

　　　When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

　　　Judge Johnston conducted a revocation hearing on March 26, 2024. (Doc. 208.) The United States accused K. Jeffrey Knapp (Knapp) of violating his

conditions of supervised release by failing to complete his 60-day term at Connections Corrections.  (Doc. 193.)

At the revocation hearing, Knapp admitted to having violated the conditions of his supervised release by failing to complete his 60-day term at Connections Corrections. (Doc. 208.)  Judge Johnston found that the violation Knapp admitted is serious and warrants revocation of his supervised release and  recommends a sentence until May 6, 2024, at 7:30 p.m. with 32 months of supervised release to follow, with the first 60 days of supervised release at Connection Corrections in Butte, Montana.  Knapp was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 208.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 209) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant K. Jeffrey Kapp be sentenced to the Bureau of Prison until May 6, 2024 at 7:30 p.m., with 32 months of supervised release to follow, with the first 60 days of supervised release at Connections Corrections in Butte, Montana.

DATED this 15th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court