UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
Helena Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-19-003-H-BMM |
| Plaintiff/Respondent, | ) | |
| vs. | ) | ORDER GRANTING A STAY |
| | ) | FOR FILING AND AMENDED |
| K. JEFFREY KNAPP, | ) | § 2255 MOTION |
| | ) | |
| Defendant/Movant | ) | |

BEFORE THE COURT is Movant's motion, through appointed counsel, for a stay in the deadline for filing an amended motion to vacate, set aside or correct sentence previously filed pursuant to 28 U.S.C. § 2255. The Court previously appointed counsel and extended the to August 30, 2024, for filing an amended motion. Appointed counsel indicates that the pending en banc decision in *United States v. Duarte*, 108 F.4th 786 (9th Cir. 2024) is material to an anticipated claim that the prosecution and conviction under 18 U.S.C. § 2255 violates Movant's Second Amendment right to possess a firearm for self defense, as applied to him. The United States does not oppose an extension, Accordingly,

**IT IS HEREBY ORDERED** that the motion to stay the deadline to file an amended motion to vacate, set aside or correct sentencing pursuant to § 2255 is **granted**. The deadline for filing the amended motion is stayed. A new deadline with be established after the Ninth Circuit enters its en banc opinion in *Duarte*.

Order

1

Counsel shall notify the Court when *Duarte* is decided. Counsel shall also provide the Court with a requested deadline for filing the amended § 2255 motion.

Dated this day of August, 2024.

_____
Brian Morris, Chief District Judge
United State District Court